# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

IT APPEARING THAT case number 25-cv-12845 was assigned in error, therefore

IT IS HEREBY ORDERED that the assignment of 25-cv-12845 shall be vacated and that case number 25-cv-12845 shall not be used for any other proceeding.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

*[signature]*

Chief Judge Virginia M. Kendall

Dated at Chicago, Illinois this 20th day of November 2025.